**Electronically Filed
Supreme Court
SCWC-11-0000426
26-APR-2013
11:04 AM**

SCWC-11-0000426

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

HELEN PAGLINAWAN, individually and as the Trustee
of the Helen E. Paglinawan, A Revocable Living Trust,
Petitioner/Plaintiff-Counterclaim-Defendant-Appellee,

vs.

MICHAEL S.C. ROMPEL and KARLA IMA ROMPEL,
Respondent/Defendant-Counterclaimant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000426; CASE NO. 1RC10-1-9873)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

It appearing that the judgment on appeal in the above-referenced matter has not been entered by the Intermediate Court of Appeals, see Hawai‘i Revised Statutes § 602-59(a) (Supp. 2011); see also Hawai‘i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Plaintiff-Counterclaim Defendant-Appellee's application for writ of certiorari, filed April 17, 2013, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2012) ("The application shall be filed within thirty days after the

filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawai'i, April 26, 2013.

Scott C. Arakaki
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

2